DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0006 |
| ) | |
| **LUIS ORTIZ, JR,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Luis Ortiz, Jr.'s ("Defendant Ortiz") plea of guilty to Count One of the Indictment, charging Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1). (ECF No. 1.) After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Ortiz entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Defendant Ortiz guilty as to Counts Five and Six of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 80) is **ADOPTED;** it is further

**ORDERED** that Defendant Ortiz' plea of guilty as to Count One of the Indictment is **ACCEPTED,** and that Defendant Ortiz is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Office of Probation shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the Office of Probation shall disclose the preliminary presentence report to the parties no later than April 27, 2022; it is further

**ORDERED**  that the parties are to have a presentence conference with the Office of Probation no later than May 11, 2022; it is further

*United States v. Ortiz, Jr.*
Case No. 3:20-cr-0006
Order
Page 2 of 2

      **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the Office of Probation no later than May 18, 2022; it is further

      **ORDERED** that the Office of Probation shall disclose the final presentence report to the parties and the Court no later than June 2, 2022; it is further

      **ORDERED** that the parties shall file their sentencing memoranda no later than June 16, 2022; and it is further

      **ORDERED** that a sentencing hearing in the matter of Defendant Ortiz shall commence promptly at 9:30 a.m. on June 23, 2022, in Courtroom 2 before Chief Judge Robert A. Molloy.

**Date:** March 10, 2022                  */s/ Robert A. Molloy*
                                                        **ROBERT A. MOLLOY**
                                                        **Chief Judge**